1  JOHN H. BRINK NO. 28018
2  KATHRYN E. VAN HOUTEN BAR NO. 143402
   IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11  UNITED STATES OF AMERICA,  )   CASE NO. ACV 10-4570
                               )
12         Plaintiff,          )   CONSENT JUDGMENT
                               )
13         v.                  )
                               )
14  JEREMY K.H. LOO,           )
                               )
15                             )
           Defendant,          )
16  _____)

17

18       Pursuant to the above stipulation of the parties and Federal Rules of Civil

    Procedure, Rule 55, Judgment is hereby entered in favor of Plaintiff, UNITED
19
    STATES OF AMERICA, and against Defendant, JEREMY K.H. LOO, as to claim
20
    one, in the total amount of $13,094.42  and as to claim two the total amount of
21
    $5,566.27  for a total judgment amount of $18,660.69.
22

23
    Dated: 7/14/2010               TERRY  NAFISI, CLERK
24                                 United States District Court
                                   Central District of California
25

26

27                                 By: Deputy Clerk

28

                                   1